DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA LUISA VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR.S-07-0210-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER;** |
| | ) | **EXCLUSION OF TIME** |
| | ) | |
| MARIA LUISA VASQUEZ, | ) | |
| | ) | Date: July 23, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN C. FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for June 25, 2007 be continued to July 23, 2007, and that time be excluded for preparation of defense counsel.

   This continuance is being requested because defense counsel has recently received discovery from the government.  She must review it with her client, conduct investigation, and obtain records.  Ms. Vasquez is a Spanish-speaker and all interviews must be conducted with the staff interpreter.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through July 23, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: June 22, 2007        /s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant

McGREGOR SCOTT
United States Attorney

DATED: June 22, 2007        /s/ RACHELLE BARBOUR for
SEAN C. FLYNN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to July 23, 2007 at 10:00 a.m. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: June 22, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE