DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA LUISA VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     ) | NO. CR.S-07-210-FCD |
|             Plaintiff,              ) | |
|                                     ) | |
|      v.                             ) | |
|                                     ) | **STIPULATION AND ORDER;** |
|                                     ) | **EXCLUSION OF TIME** |
|                                     ) | |
| MARIA LUISA VASQUEZ,                ) | |
|                                     ) | Date: August 20, 2007 |
|             Defendant.              ) | Time: 10:00 a.m. |
| _____) | Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN C. FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for July 23, 2007 be continued to August 20, 2007, and that time be excluded for preparation of defense counsel.

   This continuance is being requested because defense counsel has recently received a plea offer from the government.  She must review it with her client, conduct investigation, and obtain records.  Ms. Vasquez is a Spanish-speaker and all interviews must be conducted with the staff interpreter.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through August 20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED: July 19, 2007            /s/ RACHELLE BARBOUR
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant


                                McGREGOR SCOTT
                                 United States Attorney


DATED: July 19, 2007            /s/ RACHELLE BARBOUR for
                                SEAN C. FLYNN
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to August 20, 2007 at 10:00 A.M.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2