DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA LUISA VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>     v.<br>MARIA LUISA VASQUEZ,<br>             Defendant. | NO. 2:07-cr-0210-FCD<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: September 24, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SEAN C. FLYNN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set for August 20, 2007 be continued to September 24, 2007 at 10:00 a.m. and that time be excluded for preparation of defense counsel.

This continuance is being requested because defense counsel has recently received a plea offer from the government.  The parties have discussed the agreement and may modify it.  At that point, defense counsel must review it with her client, conduct investigation, and

obtain records.  Ms. Vasquez is a Spanish-speaker and all interviews must be conducted with the staff interpreter.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through September 24, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

DATED:  August 15, 2007          /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant


                                 McGREGOR SCOTT
                                  United States Attorney


DATED: August 15, 2007           /s/ RACHELLE BARBOUR for
                                 SEAN C. FLYNN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: August 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2