PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
|                              ) | |
|         **vs.**   ) | **Docket Number: 2:07CR00210-01** |
|                              ) | |
| **Maria Luisa VASQUEZ**        ) | |
|                              ) | |

On December 3, 2007, the above-named was placed on probation for a period of 24 months.

On May 10, 2008, Ms. Vasquez died of Non-Hodgkins Lymphoma. A copy of the death certificate is attached. It is accordingly recommended this case be closed.

                    Respectfully submitted,

                    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

Dated:        September 5, 2008
                Elk Grove, California
                DAS/cj

**RE:   Maria Luisa VASQUEZ**
**Docket Number:  2:07CR00210-01**
**ORDER TERMINATING TERM OF PROBATION**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

### ORDER OF COURT

It appearing that Probationer, Maria Luisa Vasquez is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

September 9, 2008
**Date**

**FRANK C. DAMRELL, JR.**
**United States District Judge**

Attachment

cc:   Sean C. Flynn, Assistant United States Attorney
      United States Attorney's Office Financial Litigation Unit
      Fiscal Clerk - Clerk's Office
      Restitution Accounts - Victims